ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :   07 Civ. 1942 (WCC)
PAUL MARTINEZ,                             :
                                               **ECF CASE**
                Plaintiff,                 :

        - against -                        :
                                               **SUSPENSE**
COMMUNICATIONS WORKERS OF AMERICA LOCAL    :   **ORDER**
1120, AFL-CIO; GLENN A. CARTER, as
President of the Communications            :
Workers of America Local 1120, AFL-CIO;
PM SAVVY FLEET SERVICE, INC.; KEVIN        :
B. PETERS; and JOHN DOE,
                        Defendants.        :

------------------------------------------X

**CONNER, Senior D.J.:**

    The parties have agreed to resolve this action by arbitration and be bound by the outcome of said arbitration. Therefore, it is hereby

    ORDERED, that this action is transferred to the Suspense Docket of the Court, subject to reinstatement on the calendar of the undersigned upon the filing of a request by either party to the effect that such party is prepared actively to litigate this cause. SO ORDERED.

Dated:  White Plains, New York
        December 7, 2007

                                    _____
                                    WILLIAM C. CONNER, Senior U.S.D.J.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

                                    Copies E-Mailed to Counsel of Record